## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | *   CIVIL NO. |
| | * |
| **REAL PROPERTY LOCATED IN UPPER MARLBORO, MARYLAND, COMMONLY KNOWN AS 10800 BROOKES RESERVE ROAD, UPPER MARLBORO, MD 20772, AND ALL APPURTENANCES, IMPROVEMENTS, AND ATTACHMENTS LOCATED THEREIN, AND ALL RENTAL AND OTHER INCOME GENERATED BY THE PROPERTY, OR ANY PROPERTY TRACEABLE THERETO,** | * * * * * * * * * * |
| **Defendant *In Rem*** | * |
| | * |
| ******* | |

### VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

Plaintiff, the United States of America, by its attorneys, Jonathan F. Lenzner, Acting United States Attorney for the District of Maryland, and Jennifer L. Wine, Assistant United States Attorney, brings this verified complaint for forfeiture in a civil action *in rem* and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

### NATURE OF THE ACTION AND THE DEFENDANT *IN REM*

1. This is a civil forfeiture action *in rem* brought pursuant to 18 U.S.C. § 981(a)(1)(A) and (a)(1)(C) seeking forfeiture of all right, title and interest in the following property to the United States:

> Real property located in Upper Marlboro, Maryland, commonly known as 10800 Brookes Reserve Road, Upper Marlboro, MD 20772, and all appurtenances, improvements, and attachments

located therein, and all rental and other income generated by the property, or any property traceable thereto.

The legal description of the property is:

> Lot Numbered Four (4) in the subdivision known as "West End Farms", as per plat duly recorded among the Land Records of Prince George's County, Maryland at Plat Book 146 at Page 70.
> BEING that property which, by Deed dated May 27, 2015, and recorded among the Land Records of Prince George's County in Liber 37096 at folio 203, was granted and conveyed by Herbert Jackson, Sr., unto the Estate of Avon L. Alexander, Sr.

(hereinafter, the "Defendant Property").

2. The Defendant Property was purchased on or about May 14, 2021 using proceeds derived from false statements made on Paycheck Protection Program loan applications.

3. As property constituting, derived from, or traceable to the proceeds of bank fraud in violation of 18 U.S.C. § 1344 and "specified unlawful activity," as that term is defined in 18 U.S.C. § 1956(c)(7), or a conspiracy to commit such offense, and as property involved money laundering violation of 18 U.S.C. §§ 1956 and 1957, the Defendant Property is subject to forfeiture under 18 U.S.C. § 981(a)(1)(A) and (a)(1)(C).

## JURISDICTION AND VENUE

4. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1345 and 28 U.S.C. § 1355(a).

5. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1)(A) and 1395(b) because acts or omissions giving rise to the forfeiture took place in the District of Maryland and the Defendant Property is located in the District of Maryland.

6. This action for *in rem* forfeiture is governed by 18 U.S.C. §§ 981 and 985, the Federal Rules of Civil Procedure, and the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

## LEGAL BASIS FOR FORFEITURE

7. The Defendant Property is subject to civil forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) because it is real property involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1956 or 1957 or is traceable to such property. The Defendant Property is also subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) because it is property that constitutes or is derived from proceeds traceable to (a) bank fraud, in violation 18 U.S.C. § 1344, or (b) "specified unlawful activity," as that term is defined in 18 U.S.C. § 1956(c)(7), to wit, wire fraud, in violation of 18 U.S.C. § 1344; or a conspiracy to commit such offenses.

## FACTUAL BASIS FOR FORFEITURE

8. This forfeiture is based upon, but not limited to, the evidence outlined in the Declaration of FBI Special Agent Matthew Riemenschneider, attached hereto as <u>Exhibit 1</u>, which is incorporated herein by reference.

**WHEREFORE**, plaintiff, the United States of America, prays that all persons who reasonably appear to be potential claimants with interests in the Defendant Property be cited to appear herein and answer the Complaint; that the Defendant Property be forfeited and condemned to the United States; that upon Final Decree of Forfeiture, the United States dispose of the Defendant Property according to law; and that the plaintiff have such other and further relief as this Court deems proper and just.

Respectfully submitted,

Jonathan F. Lenzner
Acting United States Attorney


*/s/ Jennifer L. Wine*
Jennifer L. Wine
Assistant United States Attorney

## VERIFICATION

I, Matthew Riemenschneider, a Special Agent with the Federal Bureau of Investigation declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing Verified Complaint for Forfeiture *In Rem* is based on reports and information known to me and/or furnished to me by other law enforcement agents and that everything contained therein is true and correct to the best of my knowledge and belief.

Date: 8/12/2021

Matthew Riemenschneider
Special Agent
Federal Bureau of Investigation